United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA NAILS,<br><br>    Plaintiff,<br><br>v.<br><br>LYFT RIDE SHARE, et al.,<br><br>    Defendants. | Case No. 24-cv-09084-JST<br><br>**CLERK'S JUDGMENT**<br>Re: Dkt. No. 18 |

Pursuant to the ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE signed March 27, 2025, Judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 27, 2025

Mark B. Busby
Clerk, United States District Court

By: _____

Dianna Shoblo, Deputy Clerk to the
Honorable JON S. TIGAR